IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY WALLACE,                                                                                    PETITIONER
ADC #139107

Case No.: 5:11CV00053 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                        RESPONDENT

## ORDER

Petitioner has paid his required $5.00 filing fee. (Doc. No. 10) The Clerk will serve a copy of the petition and this Order on the respondent and the Attorney General by regular mail.

The respondent will file an answer, motion or other response to the petition, in conformity with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts, within twenty (20) days after service of this petition, exclusive of the day of service.

IT IS SO ORDERED this 16th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE