## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TIMOTHY WALLACE,                                                                                          PLAINTIFF
ADC #139107

v.                                      No. 5:11CV00053 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                                                         DEFENDANT

### JUDGMENT

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 6th day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE